# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HILL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SUPERIOR POOL PRODUCTS, LLC, a Delaware Corporation, and DOES 1 through 25 inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-03804-JAK-MRW <br><br> [Assigned to Judge John A. Kronstadt] <br><br> **ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION  JS-6** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 25, 2015, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:15-cv-03804-JAK-MRW styled *Jerome Hill v. Superior Pool Products, LLC* is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

_____

DATE: August 27, 2015        JOHN A. KRONSTADT
                             UNITED STATES DISTRICT JUDGE

-1-
**ORDER RE STIPULATION TO REMAND REMOVED ACTION**